United States District Court
Southern District of Texas
**ENTERED**
January 05, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUANA HERRERA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:19-cv-00199 |
| WAL-MART STORES TEXAS LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Notice of Settlement" (Dkt. No. 25) and "Stipulation of Dismissal" (Dkt No. 26). Pursuant to Federal Rule of Civil Procedure 41(a), Juana Herrera's claims against Wal-Mart Stores Texas LLC are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 4th day of January, 2021.

_____
Rolando Olvera
United States District Judge